# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADAM M. DOWNS**  )<br>)<br>**Plaintiff,**    )<br>)<br>vs.          )<br>)<br>**IESI OF NEW YORK CORPORATION,** )<br>**et al.**          )<br>)<br>**Defendants.**    )<br>_____ ) | Civil Action No.  1:19-cv-2428-ABJ |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff and Defendants have reached a settlement agreement in this action. Pursuant thereto and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice to the Court that it voluntarily dismisses this action without prejudice.

Dated:  September 24, 2019

                                                Respectfully submitted,

                                              /s/ James S. Ray
                                              James S. Ray (DC Bar No. 265082)

                                              /s/ Colleen Ray Corday
                                              Colleen Ray Corday (DC Bar No. 1022853)

                                              Law Offices of James S. Ray, PLLC
                                              108 North Alfred Street, 3rd Floor
                                              Alexandria, Virginia 22314
                                              Tel.: 703-836-8111
                                              Fax: 703-836-1888
                                              E-Mail: jrayraylaw@aol.com
                                                          cray@rayraylaw.com

                                              Counsel for Plaintiff